# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Quatro                     Cr.: 98-00145-001
                                                    PACTS #: 17822

Name of Sentencing Judicial Officer: Honorable Maryanne Trump - Barry

Date of Original Sentence: June 8, 1998

Original Offense: Bank Larceny, Title 18: 2113

Original Sentence: 120 months custody of the U. S Bureau of Prisons - 36 months term of supervised release - Drug Aftercare - Cooperate with DNA - $100 Special Assessment

Type of Supervision: Supervised Release              Date Supervision Commenced: 11/24/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On August 9, 2009, the offender submitted a urine sample which tested positive for cocaine. At that time, the offender, who was under supervision with the New Jersey State Parole Office, reported to their office and also submitted a urine sample which tested positive for cocaine. The New Jersey State Parole commission issued a violation of parole warrant, based on the positive urine sample. On September 3, 2009, the offender was arrested and incarcerated for violating the conditions of his State Parole. The offender was subsequently released from the New Jersey Department of Corrections on January 6, 2010. |
| 2. | On February 16, the offender reported to the United States Probation Office in Newark, and submitted a urine sample which tested positive for cocaine. |

U.S. Probation Officer Action:

Regarding violation number 1; the United States Probation Office believes that a period of incarceration of 176 days was an appropriate sanction for submitting a urine sample which tested positive for cocaine.

PROB 12A - Page 2
Thomas Quatro

In regards to violation number 2; the offender has been referred to the United States Probation Office Code a Phone urine monitoring program, and to the Integrity House outpatient drug and alcohol treatment program for both group and individual counseling.

Respectfully submitted,

By: Donald G. Hewins
Senior U.S. Probation Officer
Date:

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[✓] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

3/8/10
Date