PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Thomas Quatro                  **Docket Number:** 98-00145-001
                                                                      **PACTS Number:** 17822

**Name of Sentencing Judicial Officer:** HONORABLE MARYANNE BARRY
                                                                  UNITED STATES DISTRICT JUDGE

On March 3, 2010, jurisdiction of this case was assigned to the Honorable Peter G. Sheridan, United States District Court Judge

**Date of Original Sentence:** June 8, 1998

**Original Offense:** Bank Larceny, Title 18: 2113

**Original Sentence:** 120 months custody of the U. S Bureau of Prisons - 36 months term of supervised release - Drug Aftercare - Cooperate with DNA - $100 Special Assessment

**Type of Supervision:** supervised release        **Date Supervision Commenced:** November 24, 2008

**Assistant U.S. Attorney:** to be assigned

**Defense Attorney:** to be assigned

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                  The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

                     Specifically, on March 19, 2009, the offender reported to Preferred Behavioral Health in Lakewood, New Jersey, and submitted a urine sample which tested positive for controlled substances, specifically, cocaine. The New Jersey State Parole Commission was also contacted in regards to the positive urine result, and

a warrant was issued for the offenders arrest. On or about April 1, 2009, the offender was arrested by New Jersey State Parole and incarcerated for a period of 90 days.

Specifically. On August 9, 2009, the offender submitted a urine sample which tested positive for cocaine. At that time, the offender, who was under supervision with the New Jersey State Parole Office, reported to their office and also submitted a urine sample which tested positive for cocaine. The New Jersey State Parole commission issued a violation of parole warrant, based on the positive urine sample. On September 3, 2009, the offender was arrested and incarcerated for violating the conditions of his State Parole. The offender was subsequently released from the New Jersey Department of Corrections on January 6, 2010.

2. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On February 16, 2010, the offender reported to the United States Probation Office in Newark, and submitted a urine sample which tested positive for cocaine.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 3/22/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: *April 14, 2010 at 12 PM*.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/22/10
Date