UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THOMAS QUATRO,<br><br>　　　　　Respondent. | Criminal No. 98-145 (PGS)<br><br>ORDER |

IT IS on this 7th day of September 2010, that this Court finds upon the evidence presented that Thomas Quatro is in violation of Count Two of the conditions of Supervised Release, as imposed by this Court on February 16, 2010. Where upon it is ordered that as a condition of supervised release, Mr. Quatro will be admitted to Turning Point and must successfully complete the program. Count One is dismissed.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. PETER G. SHERIDAN, U.S.D.J.

September 7, 2010

1